IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT SHOFFNER,** *et al.*<br><br>    **Plaintiffs**<br><br>v.<br><br>**MICHAEL WENEROWICZ,** *et al.*<br><br>    **Defendants** | **CIVIL ACTION**<br>**NO. 15-00392** |

## ORDER

**AND NOW**, this 13th day of July, 2015, upon consideration of Defendants' Motion to Dismiss (Doc. No. 5) and Plaintiffs' response in opposition (Doc. No. 7), it is **ORDERED** that the Motion is **GRANTED**:

1. Plaintiffs' putative class action claims are **DISMISSED** for lack of subject matter jurisdiction;

2. Plaintiffs' Fourth Amendment claim (Count I) is **DISMISSED**;

3. Plaintiffs' Eighth Amendment claim (Count II) is **DISMISSED WITHOUT PREJUDICE**;

4. Plaintiffs are granted leave to file an amended complaint on or before **July 27, 2015**.

              BY THE COURT:

              */s/ Gerald J. Pappert*
              GERALD J. PAPPERT, J.