IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT SHOFFNER, *et al.*

      *Plaintiffs*,

v.

MICHAEL WENEROWICZ, *et al.*

      *Defendants*.

CIVIL ACTION
NO. 15-00392

## ORDER

**AND NOW**, this 27th day of April, 2016, upon consideration of Michael Wenerowicz and Kimberly Barkley's ("Defendants") Motion for Summary Judgment (ECF No. 21), Robert Shoffner and Robert Thornton's ("Plaintiffs") opposition (ECF No. 23), and Defendants' reply (ECF No. 25), and consideration of Plaintiffs' Motion for Summary Judgment (ECF No. 22), Defendants' opposition (ECF No. 24), and oral argument on both Motions on March 24, 2016 (ECF No. 30), it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED**;
2. Plaintiffs Motion for Summary Judgment is **DENIED**;
3. Judgment is entered in favor of Defendants and against Plaintiffs.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.